NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**3D SYSTEMS, INC.,**
*Plaintiff-Appellee,*

v.

**ENVISIONTEC, INC., ENVISIONTEC GMBH, AND SIBCO, INC.,**
*Defendants-Appellants.*

---

2012-1099

---

Appeal from the United States District Court for the Eastern District of Michigan in case no. 05-CV-74891, Senior Judge Avern Cohn.

---

## ON MOTION

---

## ORDER

Envisiontec, Inc., et al., move for a 28-day extension of time, until September 28, 2012, to file its opening brief due to settlement negotiations. 3D Systems, Inc. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__AUG 2 4 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Adrian M. Pruetz, Esq.
Sidney David, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 4 2012

JAN HORBALY
CLERK